# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

BRIAN LUCAS, ARONZO DAVIS and
TORRENCE VAUGHANS, on behalf of
themselves and similarly situated laborers,

        Plaintiffs,

      v.

GOLD STANDARD BAKING, INC.,
PERSONNEL STAFFING GROUP, LLC d/b/a
MOST VALUABLE PERSONNEL d/b/a MVP,

        Defendants.

Case No. 13 C 1524

Judge Ellis

Magistrate Judge Kim

## THIRD SUPPLEMENT TO PLAINTIFFS' F.R.C.P. 26(a)(1) DISCLOSURES

Plaintiffs, through their attorneys, and in accordance with Rule 26(a)(1) of the Federal

Rules of Civil Procedure, supplement their initial disclosures to Defendants Personnel Staffing

Group, LLC ("MVP") and Gold Standard Baking, Inc. ("GSB") as follows:

**A.      The following persons (other than those previously disclosed) may have discoverable
information that Plaintiffs may use in support of their claims:** Pamela Sanchez (former MVP
Dispatcher and Onsite Manager for Gold Standard Baking, Inc.).

**B.      A copy of or description of documents and tangible things that are relevant to
Plaintiffs' Claims:** In addition to documents which Plaintiffs have already produced, please find
a copy of a MVP Sign-In Sheet which Plaintiffs' counsel recently came into possession of during
their ongoing investigation of Plaintiffs' claims and which may be used to support Plaintiffs'
claims.

Respectfully submitted on behalf of Plaintiffs,

Dated: February 11, 2015

s/Christopher J. Williams
Christopher J. Williams
Workers' Law Office, P.C.
53 W. Jackson Blvd, Suite 701
Chicago, Illinois 60604
(312) 795-9121
One of Plaintiffs' Attorneys



MostValuablePersonnel
Experience the Difference

## DAILY EMPLOYEE LIST

DATE: _____     SHIFT: _____

| NAME: NOMBRE: | PHONE#: # TELEFONO: | SHIFT: TURNO: | ENGLISH: INGLES: | CAR: CARRO: |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |