THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES ZOLLICOFFER and NORMAN GREEN, on behalf of themselves and similarly situated laborers, | |
| Plaintiffs, | Case No. 13 CV 1524 |
| v. | Honorable Sara L. Ellis |
| GOLD STANDARD BAKING, INC., PERSONNEL STAFFING GROUP, LLC d/b/a MOST VALUABLE PERSONNEL d/b/a MVP, | Magistrate Judge Kim |
| Defendants. | |

**PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT, AUTHORIZATION TO DISTRIBUTE SETTLEMENT FUNDS, AND <u>AWARD OF ATTORNEYS' FEES</u>**

Pursuant to Fed. R. Civ. P. 23(e), Plaintiffs move this Court to enter an order granting final approval to the Settlement Agreement that this Court preliminarily approved on November 17, 2022 (Dkt. No. 929). In support of this Motion, Plaintiffs have submitted a Memorandum in Support of Their Motion for Final Approval of Class Action Settlement, Authorization to Distribute Settlement Funds, and Award of Attorneys' Fees as well as a proposed order, attached as Exhibit 1 to this motion.

WHEREFORE, Plaintiffs ask the Court to enter the order attached as Exhibit 1 or such similar order as the Court deems appropriate.

DATED: March 30, 2023

*Respectfully submitted on behalf of Plaintiffs and the Class by:*

/s/ Christopher J. Wilmes
One of the Counsel for Plaintiffs and the Class

Joseph M. Sellers
Harini Srinivasan
Cohen Milstein Sellers & Toll PLLC
1100 New York Avenue, N.W.
Suite 500
Washington, D.C. 20005
(202) 408-4600

Christopher J. Wilmes
Caryn C. Lederer
Hughes Socol Piers Resnick & Dym Ltd.
70 W. Madison St., Suite 4000
Chicago, Illinois 60602
(312) 580-0100

***Class Counsel and Counsel for Norman Green and James Zollicoffer***

Christopher J. Williams
National Legal Advocacy Network
1 N. LaSalle Street, Suite 1275
Chicago, IL 60602
(312) 795-9121

***Counsel for Norman Green and James Zollicoffer***

**CERTIFICATE OF SERVICE**

       I hereby certify that on March 30, 2023, I electronically filed the foregoing document with the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF Registrants:

| | |
|---|---|
| Kenneth W. Gage<br>Paul Hastings LLP<br>71 S. Wacker Drive, 45th Floor<br>Chicago, IL 60606<br>Telephone: (312) 499-6000<br>Facsimile: (312) 499-6100<br><br>*Attorneys for Personnel Staffing Group, LLC d/b/a Most Valuable Personnel* | Blake T. Hannafan<br>Hannafan & Hannafan, Ltd.<br>180 North LaSalle Street, Suite 3700<br>Chicago, Illinois 60601<br>Telephone: (312) 527-0055<br>Facsimile: (312) 527-0220<br><br>Peter J. Gillespie<br>Laner Muchin, Ltd.<br>515 North State Street, Suite 2800<br>Chicago, Illinois 60654-4324<br>Telephone: (312) 467-9800<br>Facsimile: (312) 467-9479<br><br>*Attorneys for Gold Standard Baking, Inc.* |

                                                /s/ Christopher J. Wilmes
                                                Christopher J. Wilmes